IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:20-cr-85-MHT |
| | ) | (WO) |
| CHARLES EUGENE FINDLEY | ) | |

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on defendant Charles Eugene Findley's motion for early termination of supervised release. Defense counsel represents in this motion that neither Findley's supervising probation officer nor the government opposes early termination.

Findley has completed a little over half of his three years of supervised release, during which time he has been fully compliant with the terms of supervision. His probation officer informed his counsel that Findley is the lowest threat level and that she supports his early release from supervision. In short, Findley has successfully reintegrated into society and is well positioned to avoid criminal involvement in the future.

For all these reasons, the court finds that the motion for early termination should be granted.

\*\*\*

Accordingly, it is ORDERED that the motion for early termination of supervised release (Doc. 682) is granted; defendant Charles Eugene Findley's supervised release is terminated; and defendant Findley is discharged.

DONE, this the 12th day of February, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2